## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LORA LOWE, *an individual*,

        Plaintiff,

vs.

BOYNTON PROPERTY HOLDINGS, LLC
d/b/a COURTYARD MARRIOTT
BOYNTON BEACH, *a Florida limited liability company*,

        Defendant.
_____/

CASE NO.: 9:24-cv-80374-DMM

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, LORA LOWE and Defendant, BOYNTON PROPERTY HOLDINGS, LLC d/b/a COURTYARD MARRIOTT BOYNTON BEACH by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED: May 17, 2024

| LAW OFFICES OF NOLAN KLEIN, P.A. | LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP |
|---|---|
| By: ____*/s/ Nolan Klein*____<br>Nolan Klein, Esq.<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Ph: (954) 745-0588<br>*Attorneys for Plaintiff*<br>klein@nklegal.com | By: ____*/s/ Jezabel P. Lima*____<br>Jezabel P. Lima, Esq.<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>Ph: (305) 403-8788<br>*Attorneys for Defendant*<br>jl@lklsg.com |

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **17th** day of **May,** 2024.

      By: */s/ Nolan Klein*
      NOLAN KLEIN, ESQ.
      Florida Bar No. 647977